UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JOHN DARNLEY,

  Plaintiff,

CASE NO.:  8:16-CV-03425-SCB-TGW

-vs-

MONTEREY FINANCIAL.,

  Defendant.

_____/

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

COMES NOW the Plaintiff, JOHN DARNLEY, by and through his undersigned attorney, and hereby files this Notice of Voluntary Dismissal with Prejudice of the above captioned matter.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished via the Court's CM/ECF system this day, January 13, 2017, and to the following parties:

Brendan H. Little
Lippes, Mathias, Wexler, Friedman LLP
blittle@lippes.com
50 Fountain Plaza, Suite 1700
Buffalo, New York 14202
Tel:  (716) 853-5100
Direct: (716) 218-7570
Fax: (716) 853-5199
*Counsel for Monterey Financial Services, Inc.*

                    *s/ Octavio Gomez*
                    Octavio "Tav" Gomez, Esquire
                    Morgan & Morgan, Tampa, P.A.
                    One Tampa City Center
                    201 N. Franklin St., 7th Floor
                    Tampa, FL 33602
                    Tele: (813) 223-5505
                    Fax: (813) 223-5402
                    tgomez@ForThePeople.com
                    Florida Bar #: 0338620
                    Attorney for Plaintiff